JEANETTE GREENHUT, Respondent, v. HENRY GREENHUT, Appellant.— Order unanimously modified so as to deny examination as to items 14 through 24. No examination is required as to item 24, since the defendant had admitted in his answer that he has refused to furnish the plaintiff with an accounting. The plaintiff is not entitled to examine the defendant as to the other items until she has first established the existence of the alleged partnership and her right to an accounting. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

VINCENZA E. MURRAY, Respondent, v. FRANK E. MURRAY, Appellant.— Order unanimously modified so as to fix temporary alimony at the sum of $40 per week and counsel fee at the sum of $300 and, as so modified, affirmed. The amounts allowed by Special Term, on this record, are excessive. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

42ND STREET FOTOSHOP, INC., et al., Respondents, v. WEIMET FILM CO., INCORPORATED, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

In the Matter of JOHN B. PHARR, JR., an Attorney.— Respondent disbarred. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

In the Matter of the Application for Admission to the Bar of WILLIAM R. KLEIN, Petitioner. In the Matter of WILLIAM R. KLEIN, an Attorney.— Motion denied. We think in this case that a clerkship would not bear any relationship to or in any way facilitate applicant's preparation for the Bar examination and, for that reason, the motion is denied. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

HERBERT COCKSHAW, JR., as Successor Trustee under the Will of ALFRED COSTELLO, Deceased, v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ. [See ante, p. 688.]

JACOB GROSS, Respondent, v. BERNARD I. ROSENHAUS et al., Doing Business as B. I. ROSENHAUS & SON, Defendants and Third-Party Plaintiffs-Appellants. RICHARD F. BEMPORAD et al., a Copartnership Doing Business as BEMPORAD COMPANY, Third-Party Defendants-Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel and Botein, JJ. [See ante, p. 129.]